IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-cr-06 |
| | ) | |
| JUSTON D. RICHARDS | ) | |

## **MEMORANDUM AND ORDER**

This criminal case came before the court on March 24, 2008, for the entry of the defendant's plea of guilty. Counsel for the defendant made an oral motion for a short continuance of the hearing to resolve a problem with the plea agreement. The government agreed that a short continuance is necessary. It is hereby **ORDERED** that the defendant's motion is granted, and the hearing for the entry of the defendant's guilty plea is **CONTINUED** to April 7, 2008, at 10:30 a.m.

ENTER:

*s/ Leon Jordan*
United States District Judge